## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIELA HELKOWSKI, individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 09-cv-609 |
| Plaintiff, | ) ) ) | Hon. Amy Reynolds Hay |
| v. | ) ) | |
| CLEARVIEW FEDERAL CREDIT UNION, | ) ) | Filed Electronically |
| Defendant. | ) | |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

For all of the reasons set forth in the accompanying Memorandum in Support of Joint Motion for Final Approval of Settlement Agreement, the Parties respectfully request that the Court enter the proposed Final Approval Order (attached as Exhibit 2) and proposed Final Judgment (attached as Exhibit 3) certifying the proposed Settlement Class and approving the proposed Settlement as being fair, reasonable and adequate to the Class.

Respectfully Submitted,

/s/ Bruce Carlson
R. Bruce Carlson, Esquire
PA56657
bcarlson@carlsonlynch.com

Gary F. Lynch, Esquire
PA56887
glynch@carlsonlynch.com

CARLSON LYNCH LTD
231 Melville Lane
P.O. Box 367
Sewickley, PA 15143
(p) (412) 749-1677
(f) (412) 749-1686

Counsel for Plaintiff

/s/ Rhonda Sudina
Rhonda Sudina, Esquire
rsudina@rlmlawfirm.com

ROBB LEONARD MULVIHILL LLP
One Mellon Center
500 Grant Street, 23rd Floor
Pittsburgh, PA 15219
(p) (412) 281-5431
(f) 412) 281-3711

Counsel for Defendant