# Exhibit 1

Case 2:09-cv-00609-ARH   Document 16-1   Filed 09/16/10   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIELA HELKOWSKI, individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 09-cv-609 |
| Plaintiff, | ) ) ) | Hon. Amy Reynolds Hay |
| v. | ) ) | |
| CLEARVIEW FEDERAL CREDIT UNION, | ) ) | Filed Electronically |
| Defendant. | ) | |

## DECLARATION OF R. BRUCE CARLSON IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT

1. I am a founding partner of Carlson Lynch, Ltd ("Carlson Lynch").

2. Carlson Lynch represents Plaintiff in this action.

3. I am personally familiar with the investigation, litigation and proposed settlement of this putative class action.

4. Notice to the proposed Class was published consistent with the terms of the Court's Preliminary Approval Order. Notice was published in the Pittsburgh Tribune Review on June 25, 2010. Furthermore, from June 22, 2010, until August 6, 2010, ATM Notice was displayed on the ATMs at issue directing customers to view the Full Notice online at www.carlsonlynch.com. The Full Notice was also published online at www.carlsonlynch.com from June 22, 2010, until August 6, 2010.

5. The Notice apprised potential Class Members of the terms of the proposed settlement, provided our toll free telephone number in the event that they had any questions about the proposed settlement and instructed them regarding what to do if they elected to object

to the proposed settlement, or wanted to exclude themselves from the proposed settlement, among other things.

6. The deadline for objections to the proposed settlement or requests for exclusion from the proposed settlement was August 9, 2010.

7. There were no objections to the proposed Settlement.

8. There were no requests for exclusion from the Settlement.

Under penalty of perjury, I declare that the above statements are true and correct.

Executed at Sewickley, Pennsylvania this 15th day of September, 2010.

_____
R. Bruce Carlson